UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Kevin O.,[1] | ) | Civil Action No. 5:20-cv-02878-JD |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KILOLO KIJAKAZI,[2] | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above referenced Social Security case is before this Court upon Plaintiff's Motion for

Attorney's Fees and Expenses pursuant to the Equal Access to Justice Act ("EAJA") in the amount

of $3,656.84.  Plaintiff filed this motion on January 14, 2022.  Defendant filed a response on

January 26, 2022, stating he does not object to the requested amount of attorney fees and expenses

under the EAJA.

**IT IS, THEREFORE, ORDERED** that the motion for attorney's fees is **GRANTED** in

the amount of $3,656.84 in attorney's fees under the EAJA.

**IT IS SO ORDERED.**

_____
Joseph Dawson, III
United States District Judge

Greenville, South Carolina
February 7, 2022

---

[1]    The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.

[2]    Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).